# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SHICK TUBE-VEYOR CORPORATION<br>d/b/a SHICKUSA CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>DOŪMAK, INC.,<br><br>               Defendant. | Case No. 08-00093-CV-W-SOW |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), attorneys for Plaintiff and attorneys for Defendant hereby stipulate that this cause of action shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

*/s/ Philip W. Goodin*

| | |
|---|---|
| Michael F. Saunders | MO # 30730 |
| Philip W. Goodin | MO # 53146 |
| Bradley M. Bakker | MO # 59841 |

1000 Walnut, Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (Fax)
msaunders@spencerfane.com
pgoodin@spencerfane.com
bbakker@spencerfane.com
ATTORNEYS FOR PLAINTIFF

SCHOPF & WEISS, LLP

 /s/ Arthur J. Howe
Arthur J. Howe, *Pro Hac Vice*
One S. Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300
(312) 701-9335 (Fax)
howe@sw.com

and

Matthew P. Clune
SPRADLEY & RIESMEYER
4700 Belleview Avenue, Suite 210
Kansas City, MO 46112
(816) 753-6006
(816) 502-7898(Fax)
matt@spradleyriesmeyer.com

ATTORNEYS FOR DEFENDANT